### 9938. MARTIN v. THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is evidence to support the verdict, which has the approval of the trial judge, and this court will not interfere.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED NOVEMBER 7, 1918.

Indictment for violation of prohibition law; from Cherokee superior court—Judge Morris. May 20, 1918.

*John S. Wood, Howell Brooke,* for plaintiff in error.

*Herbert Clay, solicitor-general,* contra.